1064

THE STATE OF WASHINGTON, *Respondent*, v. SANG VAN NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-02568-8, Marywave Van Deren, J., entered March 15, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. PAMELA ROSE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 01-1-00149-2, George L. Wood, J., entered May 17, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

PARKER PAINT MANUFACTURING, *Respondent*, v. OLYMPIC PAINTING, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-05154-4, James R. Orlando, J., entered June 10, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

THE STATE OF WASHINGTON, *Appellant*, v. LAURENCE OTTO JAHN, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-00180-4, James J. Stonier and Stephen M. Warning, JJ., entered August 13, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.